**Order entered February 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00818-CV**

**ESTHER ATIGOGO, Appellant**

**V.**

**TOWNS OF CHAPEL HILL, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-03182-2021**

**ORDER**

Before the Court is appellant's February 17, 2022 third motion requesting a thirty-day extension of time to file her brief on the merits. In this Court's January 19, 2022 order granting appellant's second extension motion, we cautioned her that further requests would be disfavored. In her current motion, appellant explains that she is "STILL awaiting additional documents from the Rent Relief financial Department". Because the appellate record is limited to documents that were

before the trial court, *see* TEX. R. APP. P. 34.5(a)(1), and it does not appear the documents she is waiting on were before the trial court, we **DENY** the motion.

On the Court's own motion, we extend the deadline for appellant's brief to **March 7, 2022**. We caution appellant that no further extension will be granted and that failure to file a brief on or before March 7 may result in dismissal of the appeal without further notice. *See id*. 38.8(a)(1).

/s/    CRAIG SMITH
        JUSTICE